## No. 10-141. Abdul Karim Hassan, Petitioner v. United States.

562 U.S. 952, 131 S. Ct. 322, 178 L. Ed. 2d 251, 2010 U.S. LEXIS 7788.

October 4, 2010. Petition for writ of certiorari before judgment to the United States Court of Appeals for the Second Circuit denied.

## No. 10-206. David S. Gould, Sheriff, Cayuga County, New York, et al., Petitioners v. Cayuga Indian Nation of New York.

562 U.S. 953, 131 S. Ct. 353, 178 L. Ed. 2d 251, 2010 U.S. LEXIS 7668.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of New York denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 14 N.Y.3d 614, 904 N.Y.S.2d 312, 930 N.E.2d 233.

## No. 10-5101. James Williams, Petitioner v. James Temple.

562 U.S. 953, 131 S. Ct. 241, 178 L. Ed. 2d 251, 2010 U.S. LEXIS 7723.

## No. 10-5109. Sukit N. Kumvachirapi-tag, Petitioner v. Microsoft Corporation, et al.

562 U.S. 953, 131 S. Ct. 242, 178 L. Ed. 2d 251, 2010 U.S. LEXIS 7776,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. Justice Breyer took no part in the consideration or decision of this petition.

Same case below, 383 Fed. Appx. 4.

## No. 10-5153. Jermain Buchanan, Petitioner v. United States.

562 U.S. 953, 131 S. Ct. 251, 178 L. Ed. 2d 251, 2010 U.S. LEXIS 7710.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 600 F.3d 204.

## No. 10-5207. Talib Watson, Petitioner v. United States.

562 U.S. 953, 131 S. Ct. 258, 178 L. Ed. 2d 251, 2010 U.S. LEXIS 7698.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. The Chief Justice took no part in the consideration or decision of this petition.

Same case below, 358 Fed. Appx. 207.